JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA BABAYAN, | CV 21-3276 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| RELIASTAR LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's June 3, 2021 Minute Order dismissing this action for failure to comply with the Court's Order Setting Scheduling Conference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 5, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE