JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA BABAYAN, | CV 21-3276 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| RELIASTAR LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Request,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 31, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE